# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ANDRES TIRADO-LIZARRAGA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 3:23-cv-01411-RS<br><br>District Judge: Richard Seeborg<br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: 5/3/2024                By: _____
                                  U.S. DISTRICT COURT JUDGE